# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| COREY JAY GARDNER, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 1:19-cv-02109-AKK-HNJ |
| JIMMY KILGORE, | ) |
| Respondent. | ) |

## REPORT AND RECOMMENDATION

On January 2, 2020, the magistrate judge entered an order requiring the petitioner to re-file his petition, using the court's standard form, and to re-file his application to proceed *in forma pauperis*, to correct deficiencies therein. (Doc. 3). The court instructed the petitioner that he must file corrected pleadings within thirty (30) days and that the failure to comply could result in the dismissal of this action. (*Id.*). That time has elapsed and the petitioner has not complied with or otherwise responded to the Order of January 2, 2020.

Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE** due to the petitioner's failure to prosecute.

## NOTICE OF RIGHT TO OBJECT

A petitioner may file specific written objections to this report and recommendation. The petitioner must file any objections with the Clerk of Court within fourteen (14) calendar days from the date the report and recommendation is

entered. Objections should specifically identify all findings of fact and recommendations to which objection is made and the specific basis for objecting. Objections also should specifically identify all claims contained in the petition that the report and recommendation fails to address. Objections should not contain new allegations, present additional evidence, or repeat legal arguments.

Failing to object to factual and legal conclusions contained in the magistrate judge's findings or recommendations waives the right to challenge on appeal those same conclusions adopted in the district court's order. In the absence of a proper objection, however, the court may review on appeal for plain error the unobjected to factual and legal conclusions if necessary in the interests of justice. 11th Cir. R. 3-1.

Upon receipt of objections, a United States District Judge will review *de novo* those portions of the report and recommendation to which specific objection is made and may accept, reject, or modify in whole or in part, the undersigned's findings of fact and recommendations. The district judge also may refer this action back to the undersigned with instructions for further proceedings.

The petitioner may not appeal the magistrate judge's report and recommendation directly to the United States Court of Appeals for the Eleventh Circuit. The petitioner may only appeal from a final judgment entered by a district judge.

**DONE** this 11th day of February, 2020.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE