UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| COREY JAY GARDNER, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | Civil Action Number |
| | ) | **1:19-cv-02109-AKK-HNJ** |
| JIMMY KILGORE, | ) | |
| Respondent. | ) | |

## ORDER

On January 2, 2020, the magistrate judge entered an order requiring the petitioner to re-file his petition using the court's standard form, and to re-file his application to proceed *in forma pauperis*, due to deficiencies therein. Doc. 3. When the petitioner failed to respond to that order within the time allotted, the magistrate judge entered a report and recommendation that this case be dismissed due to the petitioner's failure to prosecute. Doc. 4. Although the petitioner was advised of his right to file objections to the report and recommendation within fourteen (14) days, that time has expired with no objections having been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the court

**ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** due to the petitioner's failure to prosecute.

**DONE** the 6th day of March, 2020.

                                            **ABDUL K. KALLON**
                                          UNITED STATES DISTRICT JUDGE